UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHALONDA MYLES and
SARAH MARSON on behalf
of themselves and all
others similarly situated,

       Plaintiffs,

   v.

WELLPATH LLC,

       Defendant

Case No. 20-cv-1498

## PROPOSED ORDER ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs, Shalonda Myles and Sarah Marson, individually and on behalf of Class Members, and Defendant, Wellpath LLC, having submitted a Joint Motion for Preliminary Approval of Class Action Settlement, and the Court having reviewed the Motion:

IT IS HEREBY ORDERED as follows:

(1) The terms of the parties' Settlement Agreement and Release ("Settlement Agreement") are fair, reasonable, and adequate;

(2) The case is certified, for settlement purposes only, as a class action under Rule 23;

(3) The law firm of Walcheske & Luzi, LLC is appointed as Class Counsel;

(4) Plaintiffs, Shalonda Myles and Sarah Marson are appointed as the Class Representatives;

(5) The Class Notice (the "Notice") attached to the parties' Settlement Agreement as Exhibit A is approved for distribution to all Class Members; and

(6) The hearing for final approval of the Settlement Agreement will be scheduled in due course.

Dated this 9th day of February, 2022

BY THE COURT:

_____
Honorable Stephen C. Dries