UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHALONDA MYLES and
SARAH MARSON on behalf
of themselves and all
others similarly situated,

    Plaintiffs,

    v.                              Case No. 20-CV-1498

WELLPATH LLC,

    Defendant.

**ORDER ON JOINT MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs, Shalonda Myles and Sarah Marson, individually and on behalf of the Rule 23 Class Members, and Defendant, Wellpath LLC, having submitted a Joint Motion for Final Approval of Class Action Settlement, and the Court having reviewed the Motion:

IT IS HEREBY ORDERED as follows:

(1)    The Rule 23 Class is Certified pursuant to Fed. R. Civ. P. 23;

(2)    Named Plaintiffs, Shalonda Myles and Sarah Marson, are appointed as the Class Representatives;

(3)    Walcheske & Luzi, LLC is appointed as counsel for the Class;

(4)    The Joint Stipulation of Settlement and Release (Docket Number 36, Ex. 1) is binding on the parties;

(5)    Plaintiff's Motion for Approval of Attorneys' Fees and Costs in the amount of Hundred Thirty-One Thousand Six Hundred Sixty-Six Dollars and Sixty-Five Cents ($131,666.65) is approved;

(6)    Plaintiffs' Motion for Approval of Service Awards in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) to each Named Plaintiff is approved;

(7) The Named Plaintiffs and the Rule 23 Class Members' released claims are dismissed with prejudice; and

(8) This case is dismissed with prejudice and with no additional costs to either party.

Dated this 11th day of July, 2022

BY THE COURT:

_____
Honorable Stephen C. Dries